IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 1-03-10012 |
| | ) | |
| DARRYL SCOTT SUSEWITT, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DENYING DEFENDANT'S MOTION FOR FURLOUGH

Defendant Darryl Scott Susewitt, an inmate at the Federal Correctional Institution in Memphis, Tennessee, filed this motion for a furlough to attend the funeral of his brother, Mark Susewitt, who passed away recently. However, because Defendant has already been sentenced, it is within the Bureau of Prisons authority to grant such a request. Consequently, this court does not have jurisdiction to grant Defendant's motion for a furlough. Defendant's motion is DENIED.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

30 June 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/21/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:03-CR-10012 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT